# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156964

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 156964
                                        COA: 338625
                                        Oakland CC: 2014-250304-FH

TUVOIL DESHAWN BELL,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 8, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the July 30, 2014 amended judgment of sentence, and we REMAND this case to the Oakland Circuit Court to reinstate the June 16, 2014 judgment of sentence. Because the June 16, 2014 judgment of sentence was valid under *People v Williams*, 294 Mich App 461 (2011), the Oakland Circuit Court lacked the authority to correct the sentence. MCR 6.429(A) ("[T]he court may not modify a valid sentence after it has been imposed except as provided by law.")



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



Clerk

s1114